

**Timothy J. Straub**
Associate

timothy.straub@dentons.com
D +1 212 768 6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

大成 Salans FMC SNR Denton McKenna Long
dentons.com

February 3, 2020

**VIA ECF**

**MEMO ENDORSED**

The Honorable Katherine Polk Failla
United States District Judge
United States Courthouse
40 Foley Square, Courtroom 618
New York, New York 10007

Re: Traynor v. Tata's Natural Alchemy, LLC, Case No. 1:19-cv-06220-KPF

Dear Judge Failla:

We represent defendant Tata's Natural Alchemy, LLC ("Defendant") in the above-referenced matter. We write, jointly on behalf of the parties, to respectfully request the Court to stay all deadlines for forty-five (45) days, from February 3, 2020 to March 19, 2020.

The requested stay will to permit the parties to finalize efforts to bring about the voluntary dismissal of all claims asserted in this action. Once finalized, the parties will intend to file a Stipulation of Dismissal with the Court.

Respectfully submitted,

*/s/ Timothy J. Straub*

Timothy J. Straub

cc: All counsel of record (counsel for plaintiff) (by ECF)

```
Application GRANTED.  This case is hereby STAYED until March 19,
2020.  The initial pretrial conference previously scheduled for
February 26, 2020 is hereby ADJOURNED sine die.  The parties should
provide the Court with a status update on or before March 19, 2020.
```

SO ORDERED.

Dated: February 3, 2020
       New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE